JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAQUIN LUGO,<br><br>          Plaintiff,<br><br>     v.<br><br>RALPH DIAZ, et al.,<br><br>          Defendants. | Case No. 5:20-cv-02457-MCS-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Case Without Prejudice for Failure to Comply with Court Orders, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

Dated:  October 12, 2021

_____
HONORABLE MARK C. SCARSI
United States District Judge